IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal No. 02-73 |
| OLIVER BEASLEY, et al. | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, in Pittsburgh, Pennsylvania, this 19th day of Dec. , 2005, it is hereby ORDERED, ADJUDGED, AND DECREED that foregoing Joint Motion be, and hereby is, approved. It is further Ordered that the United States shall convey the following real properties to Washington Mutual Bank FA by quit claim deeds for consideration of its mortgage debts.

    2709 Veterans Street, Pittsburgh, PA 15214
    3396 Brighton Road, Pittsburgh, PA 15212
    4437 Valley View Road, Pittsburgh, PA 15214
    3240, 3240 1/2 and 3245 Rothpletz Street, Pittsburgh, PA 15212
    401 Wabana Street, Pittsburgh, PA 15212

                                              _/s/ Donetta W. Ambrose_
                                              United States District Court